A CERTIFIED TRUE COPY

MAY 25 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
FILED   MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
DENVER, COLORADO   MAY -9 2006

JUN 5 2006   FILED
CLERK'S OFFICE

DOCKET NO. 1708   GREGORY C. LANGHAM
CLERK

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-12)*

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 133 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, 398 F.Supp.2d 1371 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 25 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy In ___ sheet(s)
of the record in my custody,
CERTIFIED _____ 20 06
By: Richard D. _____ Clerk

342

SCANNED
MAY 30 2006
U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-12 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ~~ARE 4 06-447~~ | ~~Ila Williams v. Guidant Corp., et al.~~ Opposed 5/24/06 |
| **CALIFORNIA CENTRAL** | |
| CAC 8 06-333 | Ruthann Greene, etc. v. Guidant Corp., et al.   06-2156 |
| **COLORADO** | |
| CO 1 06-656 | Kirk Hansen, et al. v. Guidant Corp., et al.   06-2157 |
| **FLORIDA MIDDLE** | |
| FLM 8 06-728 | Carol Morrison, etc. v. Guidant Corp., et al.   06-2158 |
| **LOUISIANA WESTERN** | |
| LAW 6 06-678 | ~~Lenix Duhon, Jr. v. Guidant Sales Corp., et al.   06-2159~~ |
| **OHIO NORTHERN** | |
| OHN 1 06-801 | Nathan Smith v. Guidant Corp., et al.   06-2160 |
| **TEXAS NORTHERN** | |
| TXN 2 06-90 | Nancy Lorraine Smith, et al. v. Guidant Corp., et al.   06-2161 |
| TXN 2 06-94 | Edward Rudolph Andrade, Jr. v. Guidant Corp., et al.   06-2162 |
| TXN 3 06-721 | Winnie Jo Lee, et al. v. Guidant Corp., et al.   06-2163 |